FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 2 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>CLYDE ISAAC KELLY,<br><br>                    Defendant. | **1:22-CR-2070-SAB-1**<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g)(1),<br>          924(a)(2)<br>Felon in Possession of a<br>Firearm<br><br>18 U.S.C. § 924, 28 U.S.C.<br>§ 2461<br>Forfeiture Allegations |

The Grand Jury charges:

On or about April 27, 2022, in the Eastern District of Washington, the

Defendant, CLYDE ISAAC KELLY, knowing of his status as a person previously

convicted of a crime punishable by a term of imprisonment exceeding one year,

did knowingly possess in and affecting commerce a firearm, to wit: a Star,

model BM, 9mm pistol bearing serial number 28247, which firearm had theretofore been

INDICTMENT – 1

1  transported in interstate and foreign commerce, in violation of 18 U.S.C. §§

2  922(g)(1), 924(a)(2).

3

4                          NOTICE OF CRIMINAL FORFEITURE

5        The allegations contained in this Indictment are hereby realleged and

6
7  incorporated by reference for the purpose of alleging forfeitures.

8        Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction

9
10  of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this

11  Indictment, the Defendant, CLYDE ISAAC KELLY, shall forfeit to the United

12  States of America any firearms and ammunition involved or used in the
13
14  commission of the offense, including, but not limited to:

15        - A Star, model BM, 9mm pistol bearing serial number 28247.

16        DATED this 12th day of July, 2022.
17

18

19

20

21

22  _Vanessa Waldref_
23  Vanessa R. Waldref
    United States Attorney
24

25

26  Richard C. Burson
27  Assistant United States Attorney
28


INDICTMENT – 2